# Exhibit A

**Greenwood Credit Union**

171 Service Avenue, Suite 304 Warwick, RI 02886
(401) 738-0260 • Toll Free (800) 686-6670
www.greenwoodcu.org

Cynthia A Dixon
141 Pinecrest Dr
Pawtucket, RI 02861-1578

PRIORITY CODE: 07202028B

Dear Cynthia A Dixon,

Because of your good credit standing, you have been pre-approved** for a home loan, up to 100% of the value of your home. If you have considered refinancing your current mortgage or obtaining extra money for any worthwhile purpose, Greenwood Credit Union can help. By calling Toll Free **1-800-686-6670** for quick, courteous, professional advice, you can get the process started right away! Membership is open to everyone, regardless of where you live!

For many people with budgets already strained by increased energy costs it makes sense to utilize the equity in your home to reorganize your finances. Make the New Year worry free and have just one low monthly payment.

Why not consider using the equity in your home to:

- Consolidate your loans, credit cards and store charges and have all those bills marked "PAID"
- Get money for home improvements, tuition or a new automobile
- Extra cash for any other worthwhile purpose
- Turn that adjustable rate into a low fixed rate mortgage
- Best of all the interest may be tax deductible

If you have not yet taken advantage of some of the lowest rates in decades and home values at an all time high, you still have time to secure a great loan by contacting one of our knowledgeable mortgage originators today at **1-800-686-6670**! This is your opportunity for a no cost, no obligation telephone consultation with an experienced loan professional before interest rates begin to go back up!

*You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See PRESCREEN & OPT-OUT NOTICE on the other side for more information about prescreened offers.*

The process is fast and simple and we take the information we need right over the telephone. When it's time to close your loan, we can arrange for a convenient location right near your home.

And best of all, we service many of our loans which means that when you have a question, someone right here in our office can answer it. Right away!

So, if you want to work with a full-service credit union that has been helping people meet their goals for over 50 years, you owe it to yourself to give us a call. Our toll free telephone number is 800-686-6670.

Don't wait. Remember membership is open to everyone, so give us a call today!

Sincerely,

Kurt Lauth
Manager

P.S. Greenwood Credit Union never charges application fees for our home loan products and you are under no obligation.

*PRESCREEN & OPT OUT NOTICE – This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria including providing acceptable property as collateral. If you do not want to receive prescreened offers of credit from this and other companies, call TransUnion at 1-888-567-8688 or visit the website at www.optoutprescreen.com (strongly encouraged but not required); or write TransUnion Opt Out Request PO Box 505, Woodlyn, PA 19094-0505.*

** Limited time offer to customers who qualify based on equity, income, debts, and satisfactory credit. Rates and terms subject to change without notice. Most loan programs require both a satisfactory property appraisal and title exam for final approval. The cost of the property appraisal will be borne by you if you withdraw your application or are declined for the request after the property appraisal has been completed. If at time of offer you no longer meet initial criteria, offer may be revoked.