AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CYNTHIA A. DIXON
V.
GREENWOOD CREDIT UNION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 116 T

TO: (Name and address of Defendant)

Greenwood Credit Union
c/o: Officer or Agent
2669 Post Road
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
P. O Box 479
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE March 28, 2007

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE May 2, 2007 |
|---|---|
| NAME OF SERVER (PRINT) Thomas Noury | TITLE |

*Check one box below to indicate appropriate method of service*

P.O. Box 114026
North Providence, RI 02911

☐ Served personally upon the third-party defendant. Place where served: Greenwood Credit Union 2669 Post Rd.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Barbara Sirloni CFO

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/2/07
Date

Signature of Server

Thomas Noury
P.O. Box 114026
North Providence, RI 02911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.