UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CYNTHIA A. DIXON,<br>Plaintiff,<br><br>v.<br><br>GREENWOOD CREDIT UNION,<br>Defendant. | CIVIL ACTION NO. 07-116-T-LDA |

**NOTICE OF APPEARANCE**

*TO THE ABOVE-NAMED COURT:*

Please enter my appearance as counsel for Defendant Greenwood Credit Union in the above-captioned matter.

GREENWOOD CREDIT UNION,
By its attorney,

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., Esquire
Bar No. 6772
PEABODY & ARNOLD LLP
40 Westminster Street, Suite 201
Providence, RI 02903

## CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., counsel for the Defendant, Greenwood Credit Union, do hereby certify, that I have this date, served the **Notice of Appearance**, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

/s/ Frederick E. Connelly, Jr.

Dated: May 21, 2007

PABOS2:JBRANNE:660910_1
193-92369