UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CYNTHIA A. DIXON,<br>Plaintiff,<br><br>v.<br><br>GREENWOOD CREDIT UNION,<br>Defendant. | CIVIL ACTION NO. 07-116-T-LDA |

**ANSWER OF DEFENDANT GREENWOOD CREDIT UNION**

The Defendant Greenwood Credit Union ("Greenwood") answers the Amended Complaint as follows:

1. Greenwood denies the allegations contained in this paragraph.

2. Paragraph 2 is a jurisdictional statement which does not require a response.

3. Paragraph 3 is a jurisdictional statement which does not require a response.

4. Greenwood denies the allegations contained in this paragraph.

5. Greenwood denies the allegations contained in this paragraph.

6. Greenwood denies the allegations contained in this paragraph.

7. Greenwood denies the allegations contained in this paragraph.

8. Greenwood has insufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore leaves Plaintiff to her proofs.

9. Greenwood admits the allegations contained in this paragraph.

10. Greenwood has insufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore leaves Plaintiff to her proofs.

11. As answer for the allegations contained in this paragraph, Greenwood says that the document speaks for itself.

12. On information and belief, Greenwood admits the allegations contained in this paragraph.

13. Greenwood admits the allegations contained in this paragraph.

14. Greenwood admits the allegations contained in this paragraph.

15. Greenwood has insufficient knowledge to either admit or deny the allegations contained in this paragraph and therefore leaves Plaintiff to her proofs.

16. Greenwood admits the allegations contained in this paragraph.

17. Greenwood admits the allegations contained in this paragraph.

18. Greenwood admits the allegations contained in this paragraph.

19. Greenwood admits the allegations contained in this paragraph.

20. Greenwood denies the allegations contained in this paragraph.

21. Greenwood admits the allegations contained in this paragraph.

22. Greenwood admits the allegations contained in this paragraph

23. Greenwood admits the allegations contained in this paragraph.

24. Greenwood admits the allegations contained in this paragraph.

25. Greenwood says that this paragraph is a statement of statutory law, which does not require a response.

26. Greenwood says that this paragraph is a statement of statutory law, which does not require a response.

27. Greenwood says that this paragraph is a statement of statutory law, which does not require a response.

28. This paragraph contains conclusions of law which do not require a response.

29. This paragraph contains conclusions of law which do not require a response.

30. Greenwood denies the allegations contained in this paragraph.

31. Greenwood denies the allegations contained in this paragraph.

32. Greenwood denies the allegations contained in this paragraph.

33. Greenwood denies the allegations contained in this paragraph.

34. Greenwood denies the allegations contained in this paragraph.

35. Greenwood denies the allegations contained in this paragraph.

36. Greenwood denies the allegations contained in this paragraph.

37. Greenwood denies the allegations contained in this paragraph.

38. Greenwood denies the allegations contained in this paragraph.

39. Greenwood says that this paragraph is a statement of statutory law, which does not require a response.

40. Greenwood says that this paragraph is a statement of statutory law, which does not require a response.

41. Greenwood denies the allegations contained in this paragraph.

42. Greenwood denies the allegations contained in this paragraph.

43. Greenwood denies the allegations contained in this paragraph.

44. Greenwood admits the allegations contained in this paragraph.

45. Greenwood denies the allegations contained in this paragraph.

46. Greenwood denies the allegations contained in this paragraph.

47. Greenwood denies the allegations contained in this paragraph.

48. Greenwood denies the allegations contained in this paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim against Greenwood upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Greenwood obtained Plaintiff's name from a list purchased from TransUnion, a consumer reporting agency, for a "permissible purpose."

### THIRD AFFIRMATIVE DEFENSE

If Plaintiff was caused any injury, it was caused by a third party, for whose conduct Greenwood is not responsible.

### FOURTH AFFIRMATIVE DEFENSE

If there was any violation of law by Greenwood, which is denied, it was not done willfully by Greenwood.

### FIFTH AFFIRMATIVE DEFENSE

At all relevant times Greenwood acted reasonably, without negligence, and in reliance on the advice of compliance counsel.

### SIXTH AFFIRMATIVE DEFENSE

Greenwood extended to the Plaintiff a firm offer of credit.

### SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff has suffered no damages or harm.

### EIGHTH AFFIRMATIVE DEFENSE

To the extent that the Plaintiff has suffered any damages or harm, that is through the conduct of other parties and is not attributable to Greenwood.

**NINTH AFFIRMATIVE DEFENSE**

To the extent that the Plaintiff has suffered any damages or harm, she failed to mitigate.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff has never applied for or been denied a loan by Greenwood.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's Amended Complaint is barred in whole or part by the applicable statute of limitations.

**WHEREFORE**, the Defendant Greenwood Credit Union respectfully requests this Honorable Court dismiss Plaintiff's Amended Complaint against it and award Greenwood its reasonable costs and attorneys fees for defending this action.

GREENWOOD CREDIT UNION,
By its attorney,

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., Esquire
Bar No. 6772
PEABODY & ARNOLD LLP
40 Westminster Street, Suite 201
Providence, RI 02903

## CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., counsel for the Defendant, Greenwood Credit Union, do hereby certify, that I have this date, served the **Answer of Defendant Greenwood Credit Union**, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

/s/ Frederick E. Connelly, Jr.

Dated: May 21, 2007

PABOS2:HWEINER:659576_1
193-92369