UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CYNTHIA A. DIXON,<br>Plaintiff,<br><br>v.<br><br>GREENWOOD CREDIT UNION,<br>Defendant. | CIVIL ACTION NO. 07-cv-00116-T-LDA |

**DEFENDANT'S ASSENTED TO MOTION TO CONTINUE RULE 16 CONFERENCE**

Defendant Greenwood Credit Union ("Greenwood") hereby moves to continue the Rule 16 Conference in the above-captioned case that is currently scheduled for August 22, 2007. As grounds for this Motion, Greenwood states that its lead counsel, Frederick E. Connelly, Jr., is not available to attend a Rule 16 Conference on August 22, 2007 due to a planned pre-paid summer vacation.

As further grounds for this Motion, Greenwood states that it has a motion pending before the Judicial Panel on Multidistrict Litigation to transfer this case (and another) to the United States District Court for the District of Massachusetts to be consolidated with a third case pending in that court, which was filed first and has been briefed for summary judgment. Greenwood is informed by the Judicial Panel on Multidistrict Litigation that Greenwood's motion will be scheduled for a hearing, which will likely occur in September, before it renders its decision. Greenwood anticipates its motion to transfer will likely be allowed given that no other party has opposed or otherwise responded to Greenwood's motion. Assuming Greenwood's motion to transfer is allowed, all pretrial proceedings, including discovery, will be conducted in

and determined by the District of Massachusetts. In the interests of judicial economy and the convenience to this Court and the parties, Greenwood respectfully requests that this Court stay the Rule 16 Conference to be held, if necessary, after the Judicial Panel on Multidistrict Litigation rules on Greenwood's motion to transfer.

Plaintiff Cynthia A. Dixon assents to this Motion.

WHEREFORE, Greenwood respectfully requests that this Court allow its Motion to Continue Rule 16 Conference and order that the Rule 16 Conference be stayed pending the Judicial Panel on Multidistrict Litigation's decision on Greenwood's motion to transfer.

GREENWOOD CREDIT UNION,
By its attorney,

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., Esquire
Bar No. 6772
PEABODY & ARNOLD LLP
40 Westminster Street, Suite 201
Providence, RI 02903

Assented to by
CYNTHIA A. DIXON,
By her attorneys,

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre, Esquire
Bar No. 4019
CLAUDE F. LEFEBVRE AND CHRISTOPHER M. LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02862

## CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., counsel for the Defendant, Greenwood Credit Union, do hereby certify, that I have this date, served the **Motion to Continue Rule 16 Conference**, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

/s/ Frederick E. Connelly, Jr.

Dated: August 9, 2007

PABOS2:JBRANNE:665901_1
193-92369