UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

CYNTHIA A. DIXON,
Plaintiff,

v.

GREENWOOD CREDIT UNION,
Defendant.

CIVIL ACTION NO. 07-116-T-LDA

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE OF JILL M. BRANNELLY**

1. Defendant Greenwood Credit Union hereby moves that Jill M. Brannelly, be admitted *pro hac vice* in the above case as associate trial counsel, with local counsel identified below, on the grounds that Attorney Brannelly currently represents Greenwood Credit Union in two related actions pending in different federal district courts involving similar facts and allegations.

2. Attorney Brannelly is a member in good standing of the bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. Additionally, Attorney Brannelly has been admitted *pro hac vice* to the Eastern District of New York in connection with the related action currently pending against Greenwood Credit Union.

3. Attorney Frederick Connelly is a member of the bar of this Court and will be actively involved in this case. He will accept service of all documents, and will attend all court proceedings unless excused by the Court for good cause shown. Attorney Connelly maintains a Rhode Island office at 40 Westminster Street, Suite 201, Providence, R.I. 02903.

4. Attorney Brannelly's Certification for Pro Hac Vice Admission is submitted herewith.

GREENWOOD CREDIT UNION,
By its attorney,

/s/ Frederick E. Connelly, Jr.
Frederick E. Connelly, Jr., Esquire
Bar No. 6772
PEABODY & ARNOLD LLP
40 Westminster Street, Suite 201
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I, Frederick E. Connelly, Jr., counsel for the Defendant, Greenwood Credit Union, do hereby certify, that I have this date, served **Motion for Entry of Appearance Pro Hac Vice of Jill M. Brannelly**, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

/s/ Frederick E. Connelly, Jr.

Dated: August 30, 2007

PABOS2:JBRANNE:667022_1
193-92369