UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

CYNTHIA A. DIXON,
Plaintiff,

v.

GREENWOOD CREDIT UNION,

Defendant.

CIVIL ACTION NO. 07-116-T-LDA

**JILL M. BRANNELLY'S CERTIFICATION PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I certify that I am a member in good standing of the bar of the State(s) of **Massachusetts** and the **United States District Court for the District of Massachusetts,** without any restriction on my eligibility to practice, and that I understand by obligation to notify this Court immediately of any change respecting my status in this respect.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime.

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in Local Rule Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Jill M. Brannelly

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule Gen 204 in its entirety and as it is related to the participation and responsibilities of local counsel.

Frederick E. Connelly, #6772
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
Ph: (617) 951-2100

**ORDER:** This motion is hereby ______________________

______________________
U.S. District Judge

Date: ______________________

## CERTIFICATE OF SERVICE

I, Frederick E. Connelly, Jr., counsel for the Defendant, Greenwood Credit Union, do hereby certify, that I have this date, served **Jill M. Brannelly's Certification Pro Hac Vice Admission**, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

/s/ Frederick E. Connelly, Jr.

Dated: August 30, 2007

PABOS2:JBRANNE:667026_1
193-92369