```
                                                          JUDICIAL PANEL ON
                                                        MULTIDISTRICT LITIGATION
```

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

```
            AUG - 6 2008

              FILED
          CLERK'S OFFICE
```

**IN RE: GREENWOOD CREDIT UNION**
**PRESCREENING LITIGATION**

| | |
|---|---|
| Jacob Terebelo v. Greenwood Credit Union ) | |
|     D. Massachusetts, C.A. No. 1:07-12024 ) | |
|     (E.D. New York, C.A. No. 2:07-1983) ) | MDL No. 1870 |
| Cynthia A. Dixon v. Greenwood Credit Union ) | |
|     D. Massachusetts, C.A. No. 1:07-12023 ) | |
|     (D. Rhode Island, C.A. No. 1:07-116 ) | |

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions on this conditional remand order have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Massachusetts.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the District of Massachusetts with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

```
┌─────────────────────────────────┐
│ Inasmuch as no objection is     │        FOR THE PANEL:
│ pending at this time, the       │
│ stay is lifted.                 │
│   ┌───────────────┐             │
│   │  AUG 2 2 2008 │             │                 [signature]
│   └───────────────┘             │            Jeffery N. Lüthi
│     CLERK'S OFFICE              │           Clerk of the Panel
│    JUDICIAL PANEL ON            │
│  MULTIDISTRICT LITIGATION       │
└─────────────────────────────────┘
```

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

August 22, 2008

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA  01608

Re:  MDL No. 1870 -- IN RE:  Greenwood Credit Union Prescreening Litigation

(See Attached CRO and Schedule of Actions)

Dear Ms. Thornton:

I am enclosing a certified copy and one additional copy of a conditional remand order filed by the Panel in the above-captioned matter on August 6, 2008. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

Please note that transmittal of the order was stayed 15 days to give any party an opportunity to oppose the remand. The 15-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Teresa Bishop_
Teresa Bishop
Deputy Clerk

Enclosures
cc:   Transferee Judge:  Judge Joseph L. Tauro
      Transferor Clerks:  David DiMarzio, Robert C. Heinemann

JPML Form 41